IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JUDITH HERZOG,

    Plaintiff,

v.

CITY OF WATERTOWN,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-213-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered GRANTING plaintiff Judith Herzog's motion for attorney fees in the amount of $353,469.00 and $10,393.35 in costs.

THERESA M. OWENS

By: L. Jensen, Deputy Clerk
Theresa M. Owens, Clerk of Court

APR 2 2 2008
Date